COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| FIVE STAR DEVELOPMENT RESORT COMMUNITIES, LLC, | § | No. 08-11-00299-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384thd Judicial District Court |
|  | § | of El Paso County, Texas |
| ISTAR FINANCIAL, INC., TROY D. STEPHAN, AND STEVEN MAGEE, | § | (TC# 2009-4914) |
| Appellees. | § |  |

## MEMORANDUM OPINION

Appellant filed a notice of appeal stating that it is appealing the September 14, 2011 orders dismissing its claims against Appellees and severing those claims from the remainder of the case. On November 14, 2011, a deputy district clerk submitted an affidavit stating that the underlying suit is still pending and no final judgment or appealable order has been entered. A certified copy of the docket sheet is attached to the affidavit. It shows that a hearing on a motion to sever was held on September 14, 2011, but it does not show that the court signed an order.

Because it appears that there is no appealable order, the Clerk of this Court notified Appellant that this appeal would be dismissed for want of jurisdiction unless it could show grounds, within ten days, to continue the appeal. More than ten days have passed, and no response has been filed.

The appellate timetable does not begin to run until a written order is signed. *Farmer v. Ben E. Keith Co.*, 907 S.W.2d 495, 496 (Tex. 1995). Even if the trial court made an oral ruling,

that is not a substitute for a written order. *Hubbard–Jowers v. Starfire Enters., Ltd.*, No. 02–06–462–CV, 2007 WL 439052, at *1 (Tex.App.--Fort Worth Feb. 8, 2007, no pet.)(mem.opin.).

Appellant has not demonstrated that a written order has been signed. We therefore dismiss the appeal for lack of jurisdiction. *See* TEX.R.APP.P. 42.3(a); *see also* TEX.GOV'T CODE ANN. § 22.220(c)(West Supp. 2011)("Each court of appeals may, on affidavit or otherwise, as the court may determine, ascertain the matters of fact that are necessary to the proper exercise of its jurisdiction.").

December 7, 2011

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.